SAMUEL D. TANNEN, Appellant, *v.* MURRAY SPRITZER, Respondent.

Supreme Court, Appellate Term, First Department, October 27, 1947.

*Henry W. Tannen* for appellant.

*Louis Susman* for respondent.

*Per Curiam.* No appeal lies as of right from an order granting a motion for summary judgment, and permission to appeal must be obtained (N. Y. City Mun. Ct. Code, § 154, subds. 6-a, 7). Leave to appeal was not obtained.

The appeal should be dismissed, with $10 costs.

McLAUGHLIN, EDER and HECHT, JR., JJ., concur.

Appeal dismissed, etc.